FILED
2026 Mar-19  PM 03:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **TONY EUGENE GRIMES,**<br>    Plaintiff,<br><br>**v.**<br><br>**GUY NOE**, et al.,<br>    Defendants. | **Case No. 5:23-cv-169-CLM-JHE** |

## MEMORANDUM OPINION AND ORDER

The magistrate judge has entered a report recommending the court (1) dismiss Plaintiff Tony Eugene Grimes' claims against Defendant Guy Noe; (2) grant Defendant M. Gaines' motion for summary judgment on Grimes' claims against him in his official capacity; (3) grant Gaines' motion for summary judgment on Grimes' individual capacity deliberate indifference to medical needs claim; and (4) deny Gaines' motion for summary judgment on Grimes' failure to protect claim. (Doc. 44). The magistrate judge advised the parties of their right to file specific written objections within 14 days. (*Id.*, pp. 13–14). That time has expired without the court receiving any objections.

Having reviewed the record, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the magistrate judge's recommendation. As a result, the court **DISMISSES WITHOUT PREJUDICE** Grimes' claims against Defendant Noe. The court **GRANTS IN PART** and **DENIES IN PART** Gaines' motion for summary judgment (docs. 24, 39). The court **GRANTS** Gaines' motion for summary judgment on all claims **EXCEPT** for Grimes' failure to protect claim. The court **DENIES** Gaines' motion for summary judgment on the failure to protect claim and **REFERS** that claim to the magistrate judge for further proceedings.

The court **DIRECTS** the Clerk of Court to **TERMINATE** Defendant Noe as a defendant listed on the docket sheet.

The court further **DIRECTS** the Clerk to send a copy of this memorandum opinion and order to Grimes at his address of record.

**Done** and **Ordered** on March 19, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE